# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-40029-TC |
| Wyatt Travnichek, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wyatt Travnichek                                                                                                .

Date: 04/01/2021

s/David Magariel
*Attorney's signature*

David Magariel, #21748
*Printed name and bar number*

500 State Ave., Suite 201
Kansas City, KS 6601
*Address*

david_magariel@fd.org
*E-mail address*

(913) 551-6712
*Telephone number*

(913) 551-6562
*FAX number*