**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,                                      Case No: 21-40029-TC
                                                               AUSA: Christine Kenney
                          Plaintiff,                           Defendant: David Magariel, AFPD
v.

WYATT TRAVNICHEK,
                Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | April 22, 2021 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 1:47 pm |
| INTERPRETER: | _____ | PROBATION: | Carly Feldhausen |

## PROCEEDINGS

☒ **Initial Appearance – 8 min.**         ☐ Initial Revocation Hearing         ☐ Bond Hearing
☐ Detention Hearing                        ☐ Initial Rule 5(c)(3)               ☐ Bond Revocation Hearing
☒ **Arraignment – 3 min.**                 ☐ Preliminary Hearing                ☐ Status Conference
☐ Discovery Conference                     ☐ Pretrial Conference                ☐ In-Court Hearing

☐ Defendant sworn                          ☒ **Examined re: financial status**  ☒ **Counsel appointed**

☒ **Charges and penalties explained to defendant**                              ☐ Advised of Due Process Protections Act
☒ **Constitutional Rights Explained**      ☒ **Felony**                         ☐ Misdemeanor
☐ Declines to Waive Indictment             ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment              ☐ Information filed
☐ Advised of Rights Under Rule _____                                          ☐ Signed Consent to Transfer _____

☒ **Waived Reading**     ☐ Read to Defendant:     ☒ **Indictment**     ☐ Information     ☐ Complaint
☒ **Number of Counts: 2**   ☐ Guilty                ☒ **Not Guilty**

☐ Bond Revoked            ☐ Bail Fixed at: $_____
☒ **Release Order executed**   ☐ Continued on present conditions        ☐ Remanded to Custody

☒ **Case Management Order will be issued by Magistrate Judge Mitchell**

☒ **Scheduling and Status Conference: May 19, 2021 at 9:00 AM before Judge Crouse.**

OTHER:  Defendant appears in person and the court appoints the federal public defender to represent the defendant. The court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.