AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

**FILED**
APR 28 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| **Wyatt Travnichek** | ) Case No. 21-40029-HLT |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | United States Courthouse<br>444 SE Quincy<br>Topeka KS 66683-3589 | Courtroom No.: 470 (Judge Mitchell) |
|---|---|---|
| | | Date and Time: 04/22/2021 at 2:00 p.m. |

This offense is briefly described as follows:

Ct. 1-Tampering With A Public Water System--42 USC 300i-1(a)
Ct. 2-Reckless Damage To A Protected Computer During Unauthorized Access--18 USC 1030(a)(5)(B)

Since the defendant will self surrender on the date of his first court appearance, the Summons can be served on him in the presence of his attorney, David Magariel. In addition, Mr. Travnichek is requested to contact the Pretrial Services Officer at the U.S. Probation Office in Topeka, KS, at (785) 338-5600 prior to his first court appearance.

Date: 3/31/21

s/M. Barnes, Deputy Clerk
_Issuing officer's signature_

Timothy M. O'Brien, Clerk of Court
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☒ Returned this summons unexecuted

Date: 04/22/2021

_Server's signature_

Andrew Sousa
_Printed name and title_

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☒ The summons was returned unexecuted because: DEFENDANT SURRENDERED to CELLBLOCK

I declare under penalty of perjury that this information is true.

Date returned: 04/22/2021

Server's signature

Andrew Spusm
*Printed name and title*

Remarks: