### In the United States District Court
### for the District of Kansas

**United States of America**,
   Plaintiff,

v.                Case No. 21-40029-TC

**Wyatt Travnichek**,
   Defendant.

### Motion for Continuance

 Defendant, Wyatt Travnichek, through undersigned counsel, moves this Court to continue the status conference in the above-referenced case for 30 days. In support of this motion, counsel for the defendant states:

 1.  Defendant's status conference is currently scheduled for May 19, 2021, at 9:00 a.m.

 2.  This is the first time the case has been set for a status conference before this Court.

 3.  Additional time is needed for defense counsel to review discovery in the case and meet with his client.

 4.  The government does not object to this request.

2

5. Additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6. For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id*. at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

7. Defendant, Wyatt Travnichek, has been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial time during the requested period.

We therefore ask this Court to make the required findings and continue the status conference for 30 days.

2

Respectfully submitted,

s/ David Magariel
David Magariel, #21748
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone: (913) 551-6712
Fax: (913) 551-6562
Email: david_magariel@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I filed the foregoing motion with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ David Magariel
David Magariel, #21748

3